**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: October 21, 2022

Mr. Brian Joseph Butler  
Mezibov Butler  
615 Elsinore Place  
Suite 105  
Cincinnati, OH 45202

Mr. Marc D. Mezibov  
Mezibov Butler  
615 Elsinore Place  
Suite 105  
Cincinnati, OH 45202

Mr. Bernard William Wharton  
McCaslin, Imbus & McCaslin  
632 Vine Street  
Suite 900  
Cincinnati, OH 45202

Re: Case No. 22-3228, *Akeem Fuller, et al v. Warren County, OH Educational Service Center*,  
Originating Case No: 1:21-cv-00451

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel  
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 22-3228

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

AKEEM FULLER; NICK EVANS; MARK LINQUIST

    Plaintiffs - Appellees

v.

WARREN COUNTY, OH EDUCATIONAL SERVICE CENTER; TOM ISAACS, Superintendent of the Warren County, OH Educational Service Center; PAT PARE, Senior Executive Director of the Warren County, OH Educational Service Center; ALISHA DEAN, Program Supervisor of the Warren County, OH Educational Service Center; WILEY COLLETT, Program Supervisor of the Warren County, OH Educational Service Center

    Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                              **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 21, 2022