UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| AKEEM FULLER, et al. | : | Case No.: 1:21CV00451 |
| Plaintiffs | : | JUDGE MICHAEL BARRETT |
| vs. | : | MAGISTRATE LITKOVITZ |
| WARREN COUNTY EDUCATIONAL SERVICE CENTER, et al. | : | STIPULATION TO DISMISS WITH PREJUDICE |
| | : | |
| Defendants. | : | |

By agreement of the parties the undersigned hereby stipulate that the above action be dismissed with prejudice upon such terms as have been agreed upon by the parties.

/s/ Bernard W. Wharton
Bernard W. Wharton Esq. (0063487)
McCaslin, Imbus & McCaslin
600 Vine Street, Suite 800
Cincinnati, OH 45202
(513) 421-4646 phone
(513) 421-7929 fax
bwwharton@mimlaw.com
***Attorney for Defendants Warren County Educational Service Center, Tom Isaacs, Pat Paré, Alisha Dean And Wiley Collett***

/s/ Marc D. Mezibov
Marc D. Mezibov (0019316)
Brian Joseph Butler (0082675)
615 Elsinor Place
Cincinnati, Ohio 45202
(513)621-8800 phone
mmezibov@mezibov.com
bbutler@mezibov.com
***Attorney for Plaintiffs, Akeem Fuller, Nick Evans and Mark Linquist***

## CERTIFICATE OF SERVICE

      The electronic signatures above certify that a copy of the foregoing document was filed electronically and served through the court's electronic filing system via email to all parties of record.

                                            /s/ Bernard W. Wharton
                                            Bernard W. Wharton

G:\JEN\Warren Cty. ESC - Fuller, Akeem 21-07-15\Pleadings\Stip of Dismissal 12-8-22.docx